| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS | United States District Court<br>Southern District of Texas<br>**ENTERED**<br>November 02, 2020<br>David J. Bradley, Clerk |

Chad Moore, individually and §
on behalf of all others similarly §
situated, §
    Plaintiffs, §
 §
v. §    Civil Action H-20-591
 §
Maverick Natural Resources, LLC, §
    Defendant. §

## Order of Adoption

On October 15, 2020, Magistrate Judge Peter Bray filed a report and recommendation (40) recommending that the court deny Maverick Natural Resources, LLC's motion to compel arbitration. Maverick Natural Resources, LLC filed objections, which are denied. The court adopts the report and recommendation as its memorandum and opinion.

Signed November __2__ 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge