| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
November 02, 2020
David J. Bradley, Clerk

Chad Moore, individually and §
on behalf of all others similarly §
situated, §
    Plaintiffs, §
§
v. §     Civil Action H-20-591
§
Maverick Natural Resources, LLC, §
    Defendant. §

## Order of Adoption

On October 15, 2020, Magistrate Judge Peter Bray filed a report and recommendation (41) recommending that the court grant Chad Moore's motion for conditional certification. Maverick Natural Resources, LLC filed objections, which are denied. The court adopts the report and recommendation as its memorandum and opinion.

Signed November _2_ 2020, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge