| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
September 08, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Chad Moore, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-20-591 |
| | § | |
| Maverick Natural Resources, LLC, | § | |
| | § | |
| Defendant. | § | |

## Final Dismissal

1. Neither party having moved for reinstatement, this case is dismissed with prejudice.

2. The court retains jurisdiction to enforce the settlement.

Signed on September 7, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge