United States District Court
Southern District of Texas
**ENTERED**
November 23, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHAD MOORE, Individually and on behalf of All others similarly situated, § § § § VS. § § MAVERICK NATURAL § RESOURCES, LLC. § | Civil Action No. 4:20-cv-00591 |

### ORDER GRANTING AGREED MOTION FOR APPROVAL OF CONFIDENTIAL SETTLEMENT AND DISMISSAL OF PLAINTIFFS' CLAIMS WITH PREJUDICE

Having considered the Plaintiffs' Agreed Motion for Approval of Confidential Settlement and Dismissal of Plaintiffs' Claims with Prejudice, the Court is of the opinion that it should be GRANTED.

It is therefore ORDERED that the Parties' Settlement Agreement is APPROVED.

It is further ORDERED that this case and all claims asserted in this case by Plaintiffs against Defendant Maverick Natural Resources, LLC are DISMISSED WITH PREJUDICE.

_11/23/21_
Date

United States Magistrate Judge
Lynn N. Hughes